October 29, 2015.



# JUDGMENT

# The Fourteenth Court of Appeals

U. S. BANK NATIONAL ASSOCIATION, SUCCESSOR-IN-INTEREST TO WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-C2, Appellant

NO. 14-14-00679-CV                    V.

DANNY M. SHEENA, Appellee
_____

       This cause, an appeal from the judgment signed, July 7, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, U. S. BANK NATIONAL ASSOCIATION, SUCCESSOR-IN-INTEREST TO WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-C2, to pay all costs incurred in this appeal. We further order this decision certified below for observance.